UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　Case No. 12-cr-154-PB

**Takeya Green**

**O R D E R**

The defendant has moved to continue the May 7, 2013 trial in the above case, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court agrees to continue the trial from May 7, 2013 to July 9, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 30, 2013 final pretrial conference is continued to June 26, 2013 at 3:00 p.m.

SO ORDERED.

　　　　　　　　　　　　　　　　　/s/Paul Barbadoro
　　　　　　　　　　　　　　　　　Paul Barbadoro
　　　　　　　　　　　　　　　　　United States District Judge

April 16, 2013
cc:　Behzad Mirhashem, Esq.
　　　Alfred J.T. Rubega, AUSA
　　　United States Marshal
　　　United States Probation